**Thelma Bass, Assignee of Henry A. Klein, Appellant, v. Rubin Agrest et al., Appellees.**

Gen. No. 46,248. (Abstract of Decision.)

Louis Eisen-man, for appellant; Irving S. Abrams, of counsel; Maurice Weissman, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed May 5, 1954; released for publication June 15, 1954.

**William Lee, Plaintiff-Appellee, v. Louisville and Nashville Railroad Company, Defendant-Appellant.**

Term No. 54–F–1. (Abstract of Decision.)

